Sep 14, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20692-CR-MARTINEZ/GOODMAN

26 U.S.C. § 7206(1)

UNITED STATES OF AMERICA,

vs.

MIGUEL ROSENFELD,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges:

**MAKING AND SUBSCRIBING A FALSE RETURN**
**(26 U.S.C. § 7206(1))**

On or about September 20, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ROSENFELD**,

a resident of Miami-Dade County, did willfully make and subscribe a United States Individual Income Tax Return, IRS Form 1040, for the calendar year 2007, which was verified by a written declaration that it was made under the penalties of perjury, and filed with the IRS, which tax return the defendant did not believe to be true and correct as to every material matter, in that line 22 of the tax return reported the amount of approximately $1,032,584.00 as his total income, whereas, as the defendant then and there well knew and believed, the total income was substantially greater than the stated amount.

In violation of title 26, United States Code, Section 7206(1).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL R. SHERWIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

MIGUEL ROSENFELD,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant. _____/

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)         Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    _NO_
   List language and/or dialect   _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days         _X_           Petty     ___
   II   6 to 10 days        ___           Minor     ___
   II   11 to 20 days       ___           Misdem.   ___
   IV   21 to 60 days       ___           Felony    _X_
   V:   61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____                      Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
MICHAEL R. SHERWIN
ASSISTANT UNITED STATES ATTORNEY
COURT ID No. A5501230

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **MIGUEL ROSENFELD**

**Case No:** _____

Count #: 1

Making and Subscribing a False Return

Title 26, United States Code, Section 7206(1)

**\* Max. Penalty:**     Five (5) years' imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| MIGUEL ROSENFELD, ) | |
| ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**BENEDICT P. KUEHNE**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*