UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20692-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MIGUEL ROSENFELD,

    Defendant.

_____

## CHANGE OF PLEA

On **November 9, 2016** the above named defendant appeared in person before the Honorable **Jose E. Martinez** United States District Judge, with **Benedict Kuehne** Counsel appointed by the Court/retained by the defendant and the defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) __1__ of the Indictment/**Information.**

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

    (   ) The Court proceeded to pronounce sentence.  (See J&C)

    ( X ) The Court postponed sentencing until **Monday, February 27, 2017 at 1:30 p.m.**

    ( X ) The defendant being allowed to remain on bond until sentencing.

    (   ) The defendant being remanded to the custody of the U.S. Marshal Service until a bond in the amount of $_____ is approved and posted.

    (   ) The defendant being remanded to the custody of the U.S. Marshal Service until sentencing.

The U.S. Attorney announced Counts _____ as to this defendant would be dismissed on the government's motion at sentencing.

AUSA: Michael Sherwin
Reporter: Dawn Savino
Courtroom Deputy: Wanda Holston
Interpreter: _____