**UNITED STATES OF AMERICA**

**vs.**

**MIGUEL ROSENFELD,**

**Defendant.**

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven the following beyond a reasonable doubt:

(1) On or about September 12, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, **MIGUEL ROSENFELD**, executed his personal signature on his 2007 Form 1040 United States Individual Income Tax Return (hereinafter the "subject return").

(2) On or about September 17, 2008, the subject return was mailed by **ROSENFELD** and received by the United States Internal Revenue Service ("IRS") on or about September 20, 2008.

(3) At the time **ROSENFELD** both executed his personal signature on the subject return and mailed it to the IRS, the defendant knew (a) that he intentionally and knowingly underreported his income for the Tax Year 2007 by $217,973.54 when reporting his total income as $1,032,584; and (b) this fraudulent underreporting was material and caused him to have a lower 2007 Tax Year liability by approximately $75,448.00.

(4) **ROSENFELD** executed his personal signature on the subject return, and knowingly underreported his 2007 income (as set forth in above paragraph 3), with the knowledge that (a) the subject return contained a written declaration that the information provided by the defendant in the subject return was made under penalty of perjury; and (b) **ROSENFELD** did this with the intent to violate federal law.

Date: 11/2/16     By: _[signature]_
                  AUSA Michael Sherwin

Date: 11/9/2016   By: _[signature]_ Benedict P. Kuehne
                  Benedict Kuehne

Date: 11/9/2016   By: _[signature]_
                  Miguel Rosenfeld

_Court Exhibit #1_